Dismissed and Memorandum Opinion filed February 10, 2005









Dismissed and Memorandum Opinion filed February 10,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00101-CR 

NO.
14-04-00102-CR

____________

 

MARK OWEN
BURKETT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
180th District Court

Harris County, Texas

Trial Court Cause Nos. 971,569
& 976,390 

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty plead to the offenses of
unauthorized use of a motor vehicle and forgery of a commercial
instrument.  In accordance with the terms
of the plea bargain agreements with the State, the trial court sentenced
appellant on December 15, 2004, to confinement for two years in the
Institutional Division of the Texas Department of Criminal Justice for each
offense.  Appellant filed pro se notices
of appeal.  Because appellant has no
right to appeal, we dismiss.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 10, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).